FILED

03/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0195



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0195

ZACHARY ROSS ERWIN RUSK,

       Petitioner,

v.

JACKIE KEERY,
Gallatin County Detention Center,

       Respondent.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED March 28, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court